IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROSA CASTILLO,<br>    Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§   EP-23-CV-00309-DB<br>§<br>§ |

## FINAL JUDGMENT

On February 20, 2024, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this **21st** day of **February 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE